USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESTATE OF DAVID MANCUSO, by and
through its duly appointed Administrator,
RICHARD D. HORSTMAN II,

            Plaintiff,

            v.

THE LOFT PARTY NYC, LLC, a New York
limited liability company, and DOUGLAS
SHERMAN, an individual,

            Defendants.

---

25-CV-5537

**ORDER**

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff initiated this action on July 3, 2025 seeking a temporary restraining order ("TRO") and preliminary injunction ("PI") to enjoin Defendants from hosting an event on July 19, 2025, *see* Dkt. 1, 7;

WHEREAS the parties appeared before the Court on July 14, 2025 for oral argument on the TRO and PI, *see* Dkt. 15; and

WHEREAS on July 14, 2025, the Court denied Plaintiff's petition for TRO and PI.

IT IS HEREBY ORDERED that, the parties must submit a joint letter by July 25, 2025, proposing a schedule for Plaintiff to file an amended complaint, for Defendants to respond to the Amended Complaint, and for expedited discovery. The joint letter must also indicate whether the parties wish to be referred to Magistrate Judge Gorenstein for a settlement conference. In addition to the joint letter, the parties must confer on a Civil Case Management Plan and Scheduling Order. The Individual Practices and Civil Case Management Plan may be found on the Court's website: https://nysd.uscourts.gov/hon-valerie-e-caproni. The

deadline the Court will set to complete fact discovery is a firm date and will not be extended absent

extraordinarily good cause.


**DATED: July 14, 2025**
        **New York, New York**

                                           **HON. VALERIE CAPRONI**
                                         **United States District Judge**