USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/1/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESTATE OF DAVID MANCUSO, by and
through its duly appointed Administrator,
RICHARD D. HORSTMAN II,

        Plaintiff,

v.

THE LOFT PARTY NYC, LLC, a New York
limited liability company, and DOUGLAS
SHERMAN, an individual,

        Defendants.

---

25-CV-5537

**ORDER**

VALERIE CAPRONI, United States District Judge:

    WHEREAS on July 31, 2025, Plaintiff filed an Amended Complaint;

    WHEREAS the Undersigned's Individual Rule 4(E)(i) requires the Plaintiff file a redlined version of
the amended pleading comparing the revisions made to the prior version of the pleading; and

    WHEREAS Plaintiff did not file a redlined version of its amended pleading.

    IT IS HEREBY ORDERED that Plaintiff must file a redlined version of the amended complaint by
no later than **August 6, 2025**.

**SO ORDERED.**

DATED: August 1, 2025
      New York, New York

                                  _____
                                  **HON. VALERIE CAPRONI**
                                  **United States District Judge**