UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2026

ESTATE OF DAVID MANCUSO, by and through its duly appointed Administrator, RICHARD D. HORSTMAN II,

                Plaintiff,

     v.

THE LOFT PARTY NYC, LLC, a New York limited liability company, and DOUGLAS SHERMAN, an individual,

                Defendants.

Case No. 1:25-cv-05537-VEC

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 2, 2026, the parties alerted the Court via email to the existence of a potential discovery dispute that may require the Court's intervention;

WHEREAS based on the parties' representations, the Court understands that they have not yet met and conferred in good faith regarding the issue, per the Undersigned's Individual Practices in Civil Cases Rule 3(B); and

WHEREAS the parties are scheduled to appear before the Court for a conference on Friday, March 6, 2026.

IT IS HEREBY ORDERED that the parties must meet and confer regarding this issue either in-person or telephonically prior to the conference. If the issue is not resolved, then the parties must be prepared to explain their disagreement at the conference before the Court.

SO ORDERED.

Dated:    March 4, 2026
        New York, NY

_____
VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE