UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2026

---

ESTATE OF DAVID MANCUSO, by and through its duly appointed Administrator, RICHARD D. HORSTMAN II,

          Plaintiff,

    v.

THE LOFT PARTY NYC, LLC, a New York limited liability company, and DOUGLAS SHERMAN, an individual,

          Defendants.

Case No. 1:25-cv-05537-VEC

ORDER

---

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 6, 2026, the parties appeared before the Court; and

WHEREAS the parties informed the Court that the discovery dispute that was addressed in the Court's March 4, 2026, Order at Dkt. 56 was still outstanding.

IT IS HEREBY ORDERED that **on or before Friday, March 20, 2026**, Defendants must allow Plaintiff's expert to inspect the storage facility.  Defendants should also be present.

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment is due **no later than April 17, 2026**.  Defendant's consolidated response and cross-motion for summary judgment is due **no later than May 22, 2026**.  Plaintiff's consolidated reply to its motion and response to Defendant's motion is due **no later than June 26, 2026**.  Defendant's reply is due **no later than July 17, 2026**.  The parties are reminded to comply with the Undersigned's Individual Rules of Practice in Civil Cases, specifically Rule 4(G) regarding motions for summary judgment.

2

IT IS FURTHER ORDERED that the parties may write to the Court via joint letter if at any point they desire a settlement conference with Magistrate Judge Gorenstein.

SO ORDERED.

Dated:    March 6, 2026
          New York, NY

_____
VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2