womblebonddickinson.com



**MEMO ENDORSED**

**May 27, 2026**

Womble Bond Dickinson (US) LLP

888 Seventh Avenue, 38th Floor
New York, NY 10106

**VIA ECF**

Hon. Valerie E. Caproni
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 5/27/2026

Joseph A. Patella
Partner
Direct Dial: 332-258-8483
E-mail: Joseph.Patella@wbd-us.com

Re: *Estate of David Mancuso v. The Loft Party NYC LLC et al*, Case No. 1:25-cv-05537

Dear Judge Caproni:

Pursuant to Rules 5(B)(ii) and 5(B)(iii) of the Court's Individual Practices in Civil Cases, Defendants The Loft Party NYC LLC and Douglas Sherman ("Defendants") respectfully submits this letter motion regarding allowing leave to file redacted versions of exhibits submitted in support of Defendants' Cross Motion for Partial Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 73) and Motion for Leave to Amend Answer (ECF No. 82).

But first, Defendants acknowledge this Letter Motion is filed one day late. Undersigned counsel sincerely apologizes to the Court for the oversight. As to the request itself, Defendants request leave to file the redacted, public versions of the following documents:

| Document Description | Where It Is Filed | Redactions Made |
|---|---|---|
| Bank Account Statement (MANCUSO-000368-MANCUSO-000371) | Exhibit 5 to Declaration of Joseph Patella (ECF No.76-5) and Exhibit A to Declaration of Joseph Patella (ECF No. 84-1). | Bank account number and personal address of account holders. |
| November 2, 2021, email from Luis Vargas to Richard Horstman (MANCUSO-002575) | Exhibit 6 to Declaration of Joseph Patella (ECF No.76-6) | Personal email address and personal phone number. |
| Voluntary administration application executed by Richard Horstman (MANCUSO-003105-MANCUSO-003107) | Exhibit 7 to Declaration of Joseph Patella (ECF No. 76-7) | Personal home addresses. |
| August 9, 2022, email from Richard Horstman to Matthew Moore and others (LPNYC-00000250) | Exhibit 11 to Declaration of Joseph Patella (ECF No.76-11) | Personal email addresses. |

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

Hon. Valerie E. Caproni
May 27, 2026
Page 2



The redactions consist of bank account numbers (which are permitted to be redacted under Federal Rule of Civil Procedure 5.2(a)), personal email addresses, personal home addresses, and a personal phone number, none of which are relevant to deciding the issues in the case. As such, they meet the burden to overcome that presumption of public filings because the redactions are narrowly tailored to promote higher interests under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). *See, e.g.*, *Delgado v. Donald J. Trump for President, Inc.*, 2025 WL 2636259, at *17 (S.D.N.Y. Sept. 11, 2025) ("The Court agrees with Defendants that all personal home addresses, email addresses, and cellphone numbers, none of which are relevant to the motions before the Court, may be redacted"); *Farris v. Avon Prods., Inc.,* No. 23 Civ. 2023, 2024 WL 4441811, at *4 (S.D.N.Y. Oct. 7, 2024) ("Typically, sealing of personal information such as [a person]'s home addresses, personal phone numbers, and email addresses that is not public is warranted unless that information has bearing on issues before the court.")

Defendants have conferred with Plaintiff regarding proposed redactions to the exhibits produced by Plaintiff and designated "Confidential," and Plaintiff agreed to the proposed redactions reflected in the public versions filed contemporaneously with this letter. In accordance with Rule 5(B)(iii) of the Court's Individual Practices, Defendants are filing herewith the sealed, unredacted versions of only those exhibits containing proposed redactions, with the proposed redactions highlighted.

We thank the Court for its consideration.

Respectfully submitted,

Joseph A. Patella
Meng Zhong

cc:    Counsel of Record – via ECF

Application GRANTED.  The proposed redactions are approved.  The redacted versions may remain on the docket, and the unredacted versions of the exhibits may remain under seal.

SO ORDERED.                5/27/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE