

MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Samantha W. Frankel
Attorney-at-Law
(917) 546-7723 Phone
swf@msk.com

June 9, 2026

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2026

**VIA ECF**

Hon. Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   *Estate of David Mancuso v. The Loft Party NYC LLC et al.*, Case No. 1:25-CV-05537-VEC – Letter Motion to Seal/Redact Exhibits to Plaintiff's Opposition to Defendants' Motion for Leave to Amend Answer

Dear Judge Caproni:

We represent Plaintiff Estate of David Mancuso in the above-captioned action.  Pursuant to Rules 5(B)(i), 5(B)(ii), and 5(B)(iii) of the Court's Individual Practices in Civil Cases, and paragraphs 11 and 12 of the Stipulation and Protective Order (ECF No. 48), Plaintiff respectfully submits this letter motion, with Defendants' consent, for leave to file limited redactions in Exhibits 3 and 6 to the Declaration of Samantha W. Frankel submitted in support of Plaintiff's opposition to Defendants' motion for leave to amend their Answer, to the extent Court approval is required.

The materials at issue are excerpts from documents produced by Defendants in this action. Exhibit 3 consists of selected excerpts bearing Bates numbers LPNYC-00009089 and LPNYC-00009092 through LPNYC-00009094.  Exhibit 6 consists of an excerpt bearing Bates number LPNYC-00009326, titled "2024 Partners' Allocation Percentages."  Defendants designated these materials Confidential or Attorneys' Eyes Only in discovery.  The parties conferred regarding proposed redactions and have agreed to the redactions reflected in the public redacted versions of Exhibits 3 and 6 filed with Plaintiff's opposition papers.

In accordance with Rule 5(B)(iii), Plaintiff is filing under seal, in connection with this letter motion, unredacted versions of Exhibits 3 and 6 with the proposed redactions highlighted. Plaintiff is filing the public redacted versions of Exhibits 3 and 6 only as exhibits to the Declaration of Samantha W. Frankel submitted with Plaintiff's opposition papers.  Plaintiff respectfully requests that the sealed, highlighted unredacted versions remain under seal.

Plaintiff recognizes that materials filed in connection with motion practice may be judicial documents to which a presumption of public access attaches.  *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-21 (2d Cir. 2006).  That presumption, however, is not absolute. The Court must balance the presumption of access against countervailing considerations, including privacy interests and the need to protect confidential business information.  *See United*

21671847.1



*States v. Amodeo*, 71 F.3d 1044, 1050-51 (2d Cir. 1995); *Lugosch*, 435 F.3d at 120. Where the First Amendment right of access applies, redactions are appropriate if they are necessary to preserve higher values and are narrowly tailored to serve those interests. *See Lugosch*, 435 F.3d at 120, 124.

The proposed redactions are narrowly tailored and fall into three categories.

***First***, Exhibit 6 is redacted to remove Social Security numbers and taxpayer identification information, including The Loft Party NYC, LLC's Employer Identification Number. That information is not necessary to understand any substantive fact for which the exhibit is offered, and redaction is consistent with the privacy and anti-fraud concerns underlying Federal Rule of Civil Procedure 5.2 and with decisions permitting redaction of sensitive identifying information. *See* Fed. R. Civ. P. 5.2(a)(1); *Offor v. Mercy Med. Ctr.*, 167 F. Supp. 3d 414, 446-47 (E.D.N.Y. 2016), *aff'd in part*, *vacated in part*, and *remanded*, 676 F. App'x 51 (2d Cir. 2017).

***Second***, Exhibit 3 is redacted to remove personal email addresses. These redactions are limited to contact information and do not obscure the sender or recipient names, date, subject, attachments, or substance needed to understand the document. Courts in this District routinely permit redaction of personal contact information where, as here, the information is not material to the issues before the Court. *See Delgado v. Donald J. Trump for President, Inc.*, 2025 WL 2636259, at *17 (S.D.N.Y. Sept. 11, 2025); *Farris v. Avon Prods., Inc.*, 2024 WL 4441811, at *4 (S.D.N.Y. Oct. 7, 2024).

***Third***, Exhibit 3 is redacted to remove specific vendor, expense, revenue, and internal accounting information that Defendants contend is confidential business information. These redactions are limited to specific financial details that Defendants contend are nonpublic and competitively sensitive, and that are not necessary to the Court's resolution of Defendants' motion for leave to amend or Plaintiff's opposition. The redactions do not obscure the entries and amounts cited in Plaintiff's opposition concerning the September 2022 withdrawals. Courts in this Circuit permit limited redactions of nonpublic financial information where the precise figures have little or no bearing on the merits and disclosure could reveal confidential business operations. *See Louis Vuitton Malletier S.A. v. Sunny Merch. Corp.*, 97 F. Supp. 3d 485, 511 (S.D.N.Y. 2015); *Nervora Fashion, Inc. v. Advance Mag. Publishers Inc.*, 2025 WL 406669, at *2 (S.D.N.Y. Feb. 5, 2025); *Banco Santander (Brasil), S.A. v. Am. Airlines, Inc.*, 2020 WL 4926271, at *3 (E.D.N.Y. Aug. 21, 2020).

Accordingly, Plaintiff respectfully requests that the Court approve the proposed redactions to the extent Court approval is required, permit the public redacted versions of Exhibits 3 and 6 filed with Plaintiff's opposition papers to remain on the docket, and maintain under seal the corresponding unredacted highlighted versions of Exhibits 3 and 6.



Hon. Valerie E. Caproni
June 9, 2026
Page 3

Respectfully submitted,


/s/ Samantha W. Frankel
Samantha W. Frankel
Attorney-at-Law for
MITCHELL SILBERBERG & KNUPP LLP

Application GRANTED.

SO ORDERED.                    6/10/2026


HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

21671847.1